# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. PIAZZA,<br><br>                    Plaintiff,<br><br>    v.<br><br>STANISLAUS COUNTY<br>MEN'S JAIL, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:09-cv-01095-DLB (PC)<br><br>ORDER DISMISSING ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 8) |

Plaintiff is a prisoner proceeding pro se.  Plaintiff filed a civil rights complaint and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

On November 10, 2009, Plaintiff filed a document in which he states that he wishes to dismiss this action.  Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by plaintiff by filing a notice of dismissal before service by the adverse party of an answer or of a motion for summary judgment.  None of the defendants named in this action have filed an answer or other responsive pleading.

Accordingly, this action is DISMISSED pursuant to Plaintiff's notice of voluntary dismissal and the Clerk of Court is directed to close the file in this action.[1]

IT IS SO ORDERED.

Dated:   **November 13, 2009**              /s/ Dennis L. Beck
                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also requests that the Court order Stanislaus County Men's Jail to stop deducting 20% from his trust account.  This request cannot be granted.  In order to proceed in forma pauperis in this civil action, Plaintiff agreed to have 20% of his trust account deducted every month to pay the $350 filing fee.  (Doc. 2, Mot. To Proceed In Forma Pauperis.)  Voluntary dismissal of this action does not change this requirement.